■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN K. SINGH, Appellant. [733 NYS2d 611] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this court dated November 29, 1999 (*People v Singh,* 266 AD2d 569), affirming a judgment of the County Court, Suffolk County, rendered November 22, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, Friedmann and Florio, JJ., concur.